955 So.2d 1281 (2007)
George ADAMS and Michelle Adams, Individually and on Behalf of Their Minor Children, Janelle Adams and Jamal Adams
v.
HARRAH'S BOSSIER CITY INVESTMENT COMPANY, L.L.C.
No. 2007-CC-0639.
Supreme Court of Louisiana.
May 11, 2007.
In re Adams, Michelle; Adams, George et al.;  Plaintiff(s); Applying for Supervisory and/or Remedial Writs, Parish of Caddo, 1st Judicial District Court Div. C, No. 485,332; to the Court of Appeal, Second Circuit, No. 41,468-CW.
Denied.